1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,                Case No.  11-cr-00573-JSW-7-10

8                       Plaintiff,

9            v.                               **ORDER TO GOVERNMENT TO
                                              SHOW CAUSE WHY EXHIBIT
10   PANGANG GROUP COMPANY, LTD.,             SHOULD NOT BE FILED IN THE
     PANGANG GROUP STEEL VANADIUM             PUBLIC RECORD**
11   & TITANIUM COMPANY, LTD.;
     PANGANG GROUP TITANTIUM                  Re: Dkt. No. 123
12   INDUSTRY COMPANY, LTD.; and
     PANGANG GROUP INTERNATIONAL
13   ECONOMIC & TRADING COMPANY,

14                       Defendants.

15

16          On March 19, 2019, Defendants filed an administrative motion to seal Exhibit A to the

17   declaration of Robert P. Feldman, which consists of a document designated "Confidential-1" by

18   the United States and which was designated Trial Exhibit 191 in the trial of co-defendants Walter

19   Liew, USAPTI, and Robert Maegerle.  When the Court approved the protective order, it expressly

20   stated that "if the parties move to seal any items, they must do more than simply state the

21   item has been designated as Confidential-1 or Confidential-2 under the protective order. They

22   must provide a factual basis for why any given item is sealable."

23          The United States has designated the Exhibit as Confidential-1 and, thus, it has the burden

24   to show that it is "sealable."  Under the Northern District local rules, a declaration would have

25   been due on March 25, 2019.  *See* N.D. Crim. L.R. 56-1(c)(1) (incorporating N.D. Civ. L.R. 7-11).

26   The United States has not filed a declaration showing that the document contains "sealable"

27   information.

28

*United States District Court*
*Northern District of California*

Accordingly, the United States is HEREBY ORDERED TO SHOW CAUSE in a declaration to be submitted no later than April 2, 2019, why Exhibit A to the Declaration of Robert P. Feldman should not be filed in the public record.  The Court will maintain the confidentiality of that exhibit pending a response to this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: March 26, 2019

_____

JEFFREY S. WHITE
United States District Judge